NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROOT SCIENCES, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1795

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00123-GSK, Judge Gary S. Katzmann.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                  ROOT SCIENCES, LLC v. US

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>March 15, 2023</u>
      Date                      <u>/s/ Peter R. Marksteiner</u>
                                        Peter R. Marksteiner
                                        Clerk of Court

**ISSUED AS A MANDATE:** March 15, 2023